# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JASON HUNTER, | ) |
| Plaintiff, | ) |
| vs. | ) CIVIL NO. 07-cv-355-MJR |
| JOHN WIEBLER, | ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

**REAGAN, District Judge:**

Plaintiff has filed a second motion challenging the dismissal of this action (Doc. 15). He clarifies that he does not hold Defendant Wiebler at fault for his current incarceration. Rather, he is upset with misstatements that Wiebler wrote in the parole violation report, asserting that Wiebler's negligence deprived him of proper due process. However, no matter how Plaintiff restates his claims, the result is the same: he has no constitutional claim against Wiebler arising from this situation. Therefore, the instant motion is **DENIED**, and this case remains **CLOSED**.

**IT IS SO ORDERED.**

**DATED this 2nd day of July, 2008.**

s/ Michael J. Reagan
**MICHAEL J. REAGAN**
**United States District Judge**